United States District Court
Southern District of Texas
**ENTERED**
October 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KYLE BLACKMON,<br>*Plaintiff*,<br><br>v.<br><br>HOUSTON PIZZA VENTURE, LLC d/b/a<br>PAPA JOHN'S PIZZA,<br>*Defendant*. | CIVIL ACTION NO. 4:23-CV-01784 |

## ORDER OF DISMISSAL

Plaintiff filed a Notice of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This case is hereby **DISMISSED** without prejudice, with all costs to be borne by the party that incurred them.

SIGNED this 24th day of October 2023.

Andrew S. Hanen
United States District Judge